IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLOTTE M. GRIDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 01-0728-KD-M |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Motion for Entry of Judgment filed by defendant Michael J. Astrue (doc. 12), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that judgment is entered in favor of Plaintiff Charlotte M. Grider**.**

This judgment shall constitute a "separate document" in compliance with Fed. R. Civ. P. 58(a).

DONE this 19th day of June, 2012.

                                             s / Kristi K. DuBose
                                            KRISTI K. DuBOSE
                                            UNITED STATES DISTRICT JUDGE